FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 19 AM 10:43
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| RAY CAPITAL INC., OPPENHEIM CAPITAL LIMITED, CHEYENNE HOLDINGS LTD. AND LABROY SHIPTRADE LIMITED <br><br> PLAINTIFFS <br> V. <br><br> M/V NEWLEAD CASTELLANO, IMO NO. 9686338 HER ENGINES, TACKLE, EQUIPMENT, FURNITURE, APPURTENANCES, ETC., *IN REM* AND NEWLEAD CASTELLANO LLC <br><br> DEFENDANTS | § § § § § § § § § § § § § § § § § § § | CV416-093 <br><br> C.A. NO. _____ |

## ORDER DIRECTING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Upon application of the Firm of BOUHAN FALLIGANT, LLP, attorneys for Plaintiffs herein, and having reviewed the Verified Complaint, and based upon statements made and documents produced that there are sufficient grounds for an Admiralty Federal Rule of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, Rule B attachment pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, it is hereby:

ORDERED that the Clerk of Court issue process of Maritime Attachment and Garnishment in accordance with the Verified Complaint;

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said Order shall be entitled upon application to the Court a prompt hearing at which

the Plaintiffs shall be required to show why the attachment and garnishment should not be vacated or any other relief granted; and it is further;

ORDERED that a copy of this Order be attached to and served with the said process of Maritime Attachment and Garnishment.

So ORDERED, this 19 day of April, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE
FOR THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA