# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| RAY CAPITAL INC. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV416-093 |
| ) | |
| M/V NEWLEAD CASTELLANO et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court having reviewed and considered the petition of Thomas L. Tisdale of the law firm of Tisdale Law Offices LLC, 60 East 42nd Street, Suite 1638, New York, New York 10165, for permission to appear pro hac vice on behalf of defendants M/V Newlead Castellano et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Thomas L. Tisdale as counsel of record for defendants M/V Newlead Castellano et al., in this case.

**SO ORDERED** this __12th__ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA