UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAY CAPITAL INC. et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. CV416-093 |
| ) | |
| M/V NEWLEAD CASTELLANO et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The Court having reviewed and considered the petitions of Neil A. Quartaro and Zachary J. Farley of the law firm of Watson Farley & Williams LLP, 250 West 55th Street, New York, New York 10019, for permission to appear pro hac vice on behalf of plaintiffs Ray Capital Inc. et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Neil A. Quartaro and Zachary J. Farley as counsel of record for plaintiffs Ray Capital Inc. et al., in this case.

**SO ORDERED** this __19th__ day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA