IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| RAY CAPITAL INC., OPPENHEIM CAPITAL LTD, CHEYENNE HOLDINGS LTD. AND LABROY SHIPTRADE LIMITED | § § § § § | |
| **PLAINTIFFS** | § | **C.A. NO. 16-CV-093** |
| V. | § § | |
| M/V NEWLEAD CASTELLANO, IMO NO. 9686338 HER ENGINES, TACKLE, EQUIPMENT, FURNITURE, APPURTENANCES, ETC., *IN REM*, AND NEWLEAD CASTELLANO LTD. | § § § § § § § § § | |
| **DEFENDANTS** | § | |

**FIRST DECLARATION OF ALAN SWIMMER IN SUPPORT OF MOTION FOR
AUTHORIZATION OF *IN CUSTODIA LEGIS* COSTS**

I, Alan Swimmer, the President of National Maritime Services, Inc. ("National Maritime"), Substitute Custodian for M/V NEWLEAD CASTELLANO (the "Vessel"), affirm under penalty of perjury that:

1.      Since being employed by National Maritime I have personally been involved in numerous vessel arrests, attachments and government seizures.

2.      I have extensive experience dealing with crew and safety issues aboard commercial vessels under arrest or attachment, including bulk cargo ships.

3.      I make this declaration in support of Plaintiff's Motion to Authorize *In Custodia Legis* Costs.

4. The following is based on my personal knowledge and experience, or upon a review of documents related to this matter.

5. The Vessel is a 180 meter motor tanker under attachment and arrest and currently lays at anchorage off Savannah, Georgia. The Vessel was attached and arrested by Plaintiffs Ray Capital Inc. ("Ray"), Oppenheim Capital Ltd. ("Oppenheim Capital"), Cheyenne Holdings Ltd. ("Cheyenne") and Labroy Shiptrade Limited ("Labroy") on April 19, 2016.

6. National Maritime was appointed substitute custodian for the Vessel by Order dated April 19, 2016 and is familiar with the subject of the captioned action and with the Vessel.

7. Custody of the Vessel was transferred to National Maritime at the time of arrest, since which time National Maritime has made or anticipates making a number of expenditures in respect of the Vessel.

8. The Vessel currently has 21 crewmembers on board, all of whom are foreign nationals.

9. National Maritime is advised by the Crew and the Vessel's captain that the owners and/or managers of the Vessel are not paying the crew.

10. Plaintiff Ray has paid the crew's outstanding wages for the month of March, 2016, a period which pre-dates the arrest.

11. Since the arrest and attachment on April 19, 2016, the crew has been performing duties to safely maintain the Vessel and crew at anchorage including, but not limited to, operating the Vessel's electrical generating plant, maintaining the Vessel's firefighting and safety systems, and otherwise working to prevent damage or undue deterioration to the Vessel. The cooperation of the crew is essential to the safe keeping of the Vessel.

12.     During the period of arrest or attachment it is important to obtain the continued cooperation of the crew in the safekeeping of the Vessel and to prevent the development of a hostile environment on board ship, which would endanger both the Vessel and crew.

13.     Experience has taught me that payment of crew wages during the period of arrest or attachment is the most cost-effective way to ensure the continued safety of the Vessel and crew and to maintain good order and discipline aboard the Vessel.

14.     From April 19, 2016 to April 30, 2016, National Maritime incurred crew wage charges in the amount of $26,423.55 (the "April Post-Arrest Wages").  This amount is fully detailed in a spreadsheet prepared by National Maritime titled "April Post-Arrest Wages". Attached hereto as Exhibit 1 is the spreadsheet "April Post-Arrest Wages".

15.     Some of the costs included in Exhibit 1 are allotment payments to the crew of the Vessel for the April Post-Arrest Period.  These allotment payments are a portion of the wages earned by each crewman that are intended to be sent home to that crewman's family.  In many cases, these allotment payments are an important, if not sole, source of income for the families of the crew.  The balance of these wage payments are payable to the crew aboard in cash.

16.     There will be additional crew wage charges through the end of May, 2016, in the approximate amount of $66,058.88 (the "May Post-Arrest Wages").  This amount is fully detailed in a spreadsheet prepared by National Maritime titled "May Post-Arrest Wages", attached hereto as Exhibit 2.  As with the April Post-Arrest Period Wages, a portion of the May Post-Arrest Wages are allotment payments.

17.     National Maritime has incurred various other sundry charges through May 20, 2016, while acting as substitute custodian during the initial 33 days during which the Vessel has

been in our custody (The "April-May Vessel Expenses").    The April-May Vessel Expenses, totaling $50,107.95, are detailed in a spreadsheet attached hereto as Exhibit 3.

18.    National Maritime has also received an E-mail from NewLead Holdings Ltd. ("NewLead"), whom we understand is the beneficial owner of the Vessel.  The email is dated May 10, 2016, signed by Mr. Spyros Theodoropoulos, NewLead's VP of Claims and Risks Management, and delivered through the Vessel's Master, Captain Reynaldo (the "May 10, 2016 E-Mail").  Attached hereto as Exhibit 4 is a true and correct copy of the May 10, 2016 E-Mail and accompanying attachments given to us by Captain Reynaldo.

19.    The May 10, 2016 E-Mail advises that the Vessel has numerous unpaid debts totaling at least $279,941.49, specifically for various goods and/or services provided to the Vessel.  NewLead advised that the underlying providers need to be paid immediately "so that the vessel is maintained in a seaworthy state".  Ex. 4.

20.    Specifically, NewLead has asked National Maritime to pay:

   a.   $28,956.83 in insurance costs;

   b.   $19,337.49 in communications costs;

   c.   $53,101.07 in crew wages for the non-Filipino crew; and

   d.   $178,546.10 in crew wages for the Filipino crew.

21.    National Maritime, as the substitute custodian for the Vessel, is only responsible for certain costs incurred after the Vessel was arrested on April 19, 2016.

22.    Nearly all of the costs identified in the May 10, 2016 E-Mail are pre-arrest, and accordingly National Maritime is not the responsible party.  However, National Maritime's duties as substitute custodian include maintaining insurance and ensuring that Vessel can communicate and that her emergency signaling equipment remains active and functional.

23.     National Maritime is advised that the arresting Plaintiffs will address the pre-arrest outstanding communications costs because of the profound risk to the Vessel's safety. However, National Maritime seeks the Court's authority to pay the post-arrest communications charges incurred by the Vessel, estimated to total less than $5,750 per month.

24.     Proper insurance for a Vessel normally includes both hull and machinery and protection and indemnity cover, which is a form of ship insurance that protects against third-party claims and crew coverage.

25.     Following National Maritime's receipt of the May 10, 2016 E-mail, we have confirmed that the Vessel's above-described insurances will expire on or about May 31, 2016.

26.     Accordingly, National Maritime has obtained an insurance quotation and can arrange for port-risk hull and machinery insurance and protection and indemnity and crew coverage at a charge of approximately $9,976 per month to replace the cover NewLead has advised will be cancelled for non-payment.

27.     In order to safely care for the Vessel, it is critical that insurance cover be maintained.    Accordingly, National Maritime seeks the Court's authority to incur as an *in custodia legis* expense the charges needed to replace the insurance cover no longer being provided by the Vessel's owner.

28.     In total, and exclusive of crew wages, National Maritime anticipates incurring approximately $261,269 in *in custodia legis* charges over the next thirty (30) days (the "30 Day Estimate"), including the insurance and communications charges detailed above.    Attached hereto as Exhibit 5 is a true and correct copy of the 30 Day Cost Estimate.

29.     I draw the Court's attention to the large amount of fuel that must be provided to the Vessel and is part of the 30 Day Cost Estimate.  This fuel must be placed aboard the Vessel

to comply with the United States Coast Guard ("USCG") port requirements for vessels in Savannah during hurricane season.  The quantity of fuel is considered by the USCG to be sufficient to allow the Vessel to safely re-position in the event a hurricane landfall in anticipated in the Savannah region.  Separately, National Maritime has prepared and is submitting a USCG-compliant hurricane plan for the Vessel that is required to include this fuel reserve.

30.    National Maritime seeks the Court's authority to classify these *in custodia legis* charges to the extent actually incurred.

31.    In sum, National Maritime is seeking the Court's approval to classify as *in custodia legis* expenses:

> i) The $26,423.55 in April Post-Arrest Wages itemized in Exhibit 1;
>
> ii) The $66,058.88 in May Post-Arrest Wages itemized in Exhibit 2;
>
> iii) The $50,107.95 in Additional Vessel Expenses itemized in Exhibit 3;
>
> iv) The $261,269.10 in charges contained in the 30 Day Estimate itemized in Exhibit 5.

I declare under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: Ft. Lauderdale, Florida
       May 25, 2016

_____
Alan Swimmer

EXHIBIT 1

Exhibit 1
April Post-Arrest Wages
April 19, 2016 - April 30, 2016

| NAME | TITLE | AMOUNT |
|---|---|---|
| ALCUIZAR, REYNALDO A. | MASTER | 3,400.00 |
| YTING, CECILIO C. | CHIEF OFFICER | 2,200.00 |
| TEJARES JR., LINO M. | 2ND OFFICER | 1,280.00 |
| DERIADA, GEORGE C. | 3RD OFFICER | 1,120.00 |
| KOPANAS, KONSTANTINOS | CHIEF ENGINEER | 3,800.00 |
| CIASICO, ARNEL A. | 2ND ENGINEER | 2,200.00 |
| KOLGIONIS, PASCHALIS | 3RD ENGINEER | 1,400.00 |
| MARCU, VASILE SORIN | ELECTRICIAN | 1,920.00 |
| CABRERA, JERICO D. | ENG. CADET | 150.40 |
| AROCENA, JESUS C. | BOSUN | 719.80 |
| METEORO, EDUARDO B. | A.B. | 380.00 |
| SORENIO, ARNALDO T. | A.B. | 380.00 |
| CAPIO, APOLINARO S. | A.B. | 380.00 |
| TANJAY, ANTOLIN A. III | O.S. | 263.40 |
| TUBAN, MARK KAREL B. | O.S. | 263.40 |
| CANDELARIO, RONILO G. JR. | OILER | 380.00 |
| SUNER, ELMER S. | OILER | 380.00 |
| MAGDADARO, REGGIE | WIPER | 263.40 |
| LLAMELO, GENE L. | FITTER | 719.80 |
| FARMAKAS, GEORGIOS | COOK | 1,200.00 |
| TORRES, JASON T. | MESSBOY | 176.80 |
| | | 22,977.00 |
| HANDLING FEE | | 3,446.55 |
| TOTAL | | 26,423.55 |

EXHIBIT 2

Exhibit 2
May Post-Arrest Wages
May 2016

| NAME | TITLE | AMOUNT |
|------|-------|--------|
| ALCUIZAR, REYNALDO A. | MASTER | 8,500.00 |
| YTING, CECILIO C. | CHIEF OFFICER | 5,500.00 |
| TEJARES JR., LINO M. | 2ND OFFICER | 3,200.00 |
| DERIADA, GEORGE C. | 3RD OFFICER | 2,800.00 |
| KOPANAS, KONSTANTINOS | CHIEF ENGINEER | 9,500.00 |
| CIASICO, ARNEL A. | 2ND ENGINEER | 5,500.00 |
| KOLGIONIS, PASCHALIS | 3RD ENGINEER | 3,500.00 |
| MARCU, VASILE SORIN | ELECTRICIAN | 4,800.00 |
| CABRERA, JERICO D. | ENG. CADET | 376.00 |
| AROCENA, JESUS C. | BOSUN | 1,799.50 |
| METEORO, EDUARDO B. | A.B. | 950.00 |
| SORENIO, ARNALDO T. | A.B. | 950.00 |
| CAPIO, APOLINARO S. | A.B. | 950.00 |
| TANJAY, ANTOLIN A. III | O.S. | 658.50 |
| TUBAN, MARK KAREL B. | O.S. | 658.50 |
| CANDELARIO, RONILO G. JR. | OILER | 950.00 |
| SUNER, ELMER S. | OILER | 950.00 |
| MAGDADARO, REGGIE | WIPER | 658.50 |
| LLAMELO, GENE L. | FITTER | 1,799.50 |
| FARMAKAS, GEORGIOS | COOK | 3,000.00 |
| TORRES, JASON T. | MESSBOY | 442.00 |
| | | 57,442.50 |
| HANDLING FEE | | 8,616.38 |
| TOTAL | | 66,058.88 |

EXHIBIT 3

Exhibit 3
April-May Vessel Expenses
Custody Costs Incurred through May 20, 2016

| Date | Description | Units | Unit cost | Amount | Handling Fee | Total |
|---|---|---|---|---|---|---|
| 4/19/2016 | Coordination fee | 1 | 1,950.00 | 1,950.00 | | 1,950.00 |
| 4/18/16-4/30/16 | Watchman | 13 | 425.00 | 5,525.00 | | 5,525.00 |
| 4/17/2016 | Watchman airfare from Fort Lauderdale, FL to Savannah, GA | 1 | 490.60 | 490.60 | 73.59 | 564.19 |
| 4/17/16-4/19/16 | Watchman hotel | 1 | 304.80 | 304.80 | 45.72 | 350.52 |
| 4/17/16-4/19/17 | Watchman per diem | 3 | 32.00 | 96.00 | 14.40 | 110.40 |
| 4/17/16-4/19/17 | Watchman taxis (2) | 1 | 49.00 | 49.00 | 7.35 | 56.35 |
| 4/19/16-4/30/16 | Daily custody fee | 12 | 353.80 | 4,245.60 | | 4,245.60 |
| 4/19/2016 | Custodian liability insurance | 1 | 590.00 | 590.00 | | 590.00 |
| 4/21/16-4/23/16 | Port agent (1st three days) | 1 | 2,500.00 | 2,500.00 | 375.00 | 2,875.00 |
| 4/24/16-4/30/16 | Port agent | 7 | 250.00 | 1,750.00 | 262.50 | 2,012.50 |
| 4/25/2016 | Provisions | 1 | 3,757.54 | 3,757.54 | 563.63 | 4,321.17 |
| 4/29/2016 | Process allotments (time) | 6 | 125.00 | 750.00 | | 750.00 |
| 4/29/2016 | Bank transfer fees - Domestic | 1 | 12.00 | 12.00 | 1.80 | 13.80 |
| | APRIL 2016 SUBTOTAL | | | | | 23,364.53 |
| 5/1/16-5/20/16 | Watchman | 20 | 425.00 | 8,500.00 | | 8,500.00 |
| 5/1/16-5/20/16 | Daily custody fee | 20 | 353.80 | 7,076.00 | | 7,076.00 |
| 5/1/16-5/20/16 | Port agent | 20 | 250.00 | 5,000.00 | 750.00 | 5,750.00 |
| 5/3/2016 | Process allotments (time) | 4 | 75.00 | 300.00 | | 300.00 |
| 5/4/2016 | Bank transfer fees - International | 10 | 40.00 | 400.00 | 60.00 | 460.00 |
| 5/4/2016 | Process allotments (time) | 1 | 75.00 | 75.00 | | 75.00 |
| 5/5/2016 | Bank transfer fees - International | 1 | 40.00 | 40.00 | 6.00 | 46.00 |
| 5/12/2016 | Process allotments (time) | 0.5 | 75.00 | 37.50 | | 37.50 |
| 5/12/2016 | Bank transfer fees - International | 1 | 40.00 | 40.00 | 6.00 | 46.00 |
| 5/12/2016 | Provisions | 1 | 1,822.78 | 1,822.78 | 273.42 | 2,096.20 |
| 5/13/2016 | Provisions | 1 | 1,691.11 | 1,691.11 | 253.67 | 1,944.78 |
| 5/13/2016 | Supplies | 1 | 53.70 | 53.70 | 8.06 | 61.76 |
| 5/13/2016 | Provisions | 1 | 4.50 | 4.50 | 0.68 | 5.18 |
| 5/20/2016 | Calculate payroll (time) | 4 | 75.00 | 300.00 | 45.00 | 345.00 |
| | MAY 2016 SUBTOTAL | | | | | 26,743.42 |
| | GRAND TOTAL | | | | | 50,107.95 |

EXHIBIT 4



**Pending payments to be settled (REF: 3CE77AB)**
Newlead Insurance   to   NEWLEAD CASTELLANO
Sent by   Spyros Theodoropoulos
Cc:   Newlead Operations, Crew Newlead

10-05-16 11:48

Dear Capt. Reynaldo,

Please convey the below and attached to the sheriff's representative on board for his immediate action:

*****

Dear Sirs,

We are writing to you in your capacity us custodians of the vessel "Newlead Castellano". As per attached list, the following amounts need to be settled immediately so that the vessel is maintained in a seaworthy state:

- US$ 28,956.83 for insurance costs, relevant break-down and bank details as per attachment.

- US$ 19,337.49 for telecommunication expenses, relevant bank details as per attachment.

- US$ 53,101.07 for non-Interorient crew wages

- US$ 178,546.10 for Interorient crew wages, relevant SOA attached for your reference.

Grand total: US$ 279,941.49.

Failure to immediately pay the above will result to the vessel losing her insurance cover, her telecommunications, having issues with MLC etc. Please let us know when payments are made so that we notify all parties concerned, thank you.
*****

**Spyros Theodoropoulos**
VP Claims and Risks Management

**NewLead Holdings Ltd.**
**A:** 83 Akti Miaouli & Flessa Street, 185 38 Piraeus, GREECE
**T:** +30 213 014 8163
**F:** +30 213 014 8109
**M:** +30 694 837 7241
**W:** www.newleadholdings.com



**This e-mail is confidential.**
It may also be legally privileged. If you are not the addressee you may not copy, forward, disclose or use any part of it.
If you have received this message in error, please delete it and all copies from your system and notify the sender immediately by return e-mail.
Internet communications cannot be guaranteed to be timely secure, error or virus-free. The sender does not accept liability for any errors or omissions.

 Please consider the environment before printing this email

**Scanned by CamScanner**

## INSURANCE OUTSTANDING

| | | | |
|---|---|---|---|
| Seascope | $16,013.75 | Seascope Insurance Services Ltd.<br>Royal Bank of Scotland PLC<br>RBS Shipping<br>135 Bishopsgate<br>London<br>EC2M 3UR | Account name: Seascope Insurance Services LTD<br>Sort Code: 16.01.01<br>Account key: SEIS-USDA<br>BIC: RBOS GB 21<br>IBAN NO: GB91 RBOS 1663 00002078 06 |
| Northedge | $10,828.86 | Edge Norway AS<br>Solheimsgaten 15<br>NO-5058<br>Bergen<br>Norway | IBAN NO: NO82 3208 2375 502<br>with Sparebank 1<br>SR-Bank ASA<br>Swift/BIC: SPRONO22 |
| National | $2,114.22 | NATIONAL INSURANCE BROKERS SA<br>65 Akti Miaouli<br>GR 18536, Piraeus<br>Greece | Corporate Name: NATIONAL INSURANCE BROKERS SA<br>Account Number: 12900245<br>IBAN Number: MT10FNNB99004000000000012900245<br>NBGM's Swift Code: FNNBMTMT |
| Total: | $28,956.83 | | |

## TELECOMMUNICATIONS OUTSTANDING

| | | | |
|---|---|---|---|
| TNL Greece | $19,337.49 | TNL Greece SA<br>2, Kantharou str.<br>18537, Piraeus, GREECE | Bank of Cyprus<br>USD SWIFT: BCYPCY2N<br>IBAN: CY18.0020.0195.0000.3570.2044.1203 |

## CREW OUTSTANDING

| | | | |
|---|---|---|---|
| Non-Interorient | $53,101.07 | Konstantinos Kopanas | $6,049.28 |
| | | Paschals Kolgionis | $2,153.87 |
| | | Farmakas Georgios | $12,209.55 |
| | | Vasile Sorin Marcu | $3,479.60 |
| | | Gavrilis Emmanouil | $29,208.77 |
| Interorient | $178,546.10 | Please see Interorient SOA attached for full details. | |

# M/V NEWLEAD CASTELLANO

IMO : 9656338 / FLAG : LIBERIA
OWNERS : NEWLEAD CASTELLANO LTD

**VESSEL:** M/V NEWLEAD CASTELLANO

**MONTH:** May-16  **FROM** 01-May-16 **TO** 31-May-16

| Sr. | NAME | RANK | MONTH FROM | MONTH TO (Sign) | DAYS | BASIC | Fixed O.T. | G.O.T. | Supplementary Wage | Other based on days | Other fixed | TOTAL EARNINGS (incl Leave Pay) | ALLOTMENT | EXTRA ALLOTMENT | CASH ADVANCES | SLOP DEBIT | SCRATCH CARDS | OTHER | TOTAL DEDUCT | BALANCE | PREVIOUS BALANCE | FINAL BALANCE | Sr. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ALCUZAR, REYNALDO A. | MASTER | 01 | 31 | 30 | 1,500.00 | 600.00 | 315.00 | 5,860.00 | - | | 8,275.00 | | | | | | | - | 8,275.00 | 20,552.83 | 28,827.83 | 1 |
| 2 | YTING, CECILIO C. | CHIEF OFFICER | 01 | 31 | 30 | 1,000.00 | 400.00 | 210.00 | 3,740.00 | - | | 5,350.00 | | | | | | | - | 5,350.00 | 10,274.04 | 15,624.04 | 2 |
| 3 | TEJARES, LINO M. JR. | 2ND OFFICER | 01 | 31 | 30 | 800.00 | 320.00 | 168.00 | 1,792.00 | - | | 3,080.00 | | | | | | | - | 3,080.00 | 9,875.92 | 12,955.92 | 3 |
| 4 | DERIADA, GEORGE C. | 3RD OFFICER | 01 | 31 | 30 | 600.00 | 240.00 | 126.00 | 1,744.00 | - | | 2,710.00 | | | | | | | - | 2,710.00 | 11,327.00 | 14,037.00 | 4 |
| 5 | KOPANAS, KONSTANTINOS | CHIEF ENGINEER | 01 | 31 | 30 | | | | | | | - | | | | | | | - | - | - | - | 5 |
| 6 | CASIDO, ARNEL A. | 2ND ENGINEER | 01 | 31 | 30 | 1,000.00 | 400.00 | 210.00 | 3,740.00 | - | | 5,350.00 | | | | | | | - | 5,350.00 | 5,378.33 | 10,728.33 | 6 |
| 7 | KOLIGONIS, PASCHALIS | 3RD ENGINEER | 01 | 31 | 30 | | | | | | | - | | | | | | | - | - | - | - | 7 |
| 8 | MARCU, VASILE SORIN | ELECTRICIAN | 01 | 31 | 30 | | | | | | | - | | | | | | | - | - | - | - | 8 |
| 9 | CABRERA, JERICO D. | ENG. CADET | 01 | 31 | 30 | 200.00 | 80.00 | 66.00 | - | - | | 346.00 | | | | | | | - | 346.00 | 448.66 | 794.66 | 9 |
| 10 | AROCENA, JESUS C. | BOSUN | 01 | 31 | 30 | 550.00 | 220.00 | 182.00 | 765.00 | - | | 1,717.00 | | | | | | | - | 1,717.00 | 2,704.30 | 4,421.30 | 10 |
| 11 | METEORO, EDUARDO B. | A.B. | 01 | 31 | 30 | 465.00 | 186.00 | 153.00 | 76.00 | - | | 880.00 | | | | | | | - | 880.00 | 1,767.00 | 2,647.00 | 11 |
| 12 | SORENO, ARNALDO T. | A.B. | 01 | 31 | 30 | 465.00 | 186.00 | 153.00 | 76.00 | - | | 880.00 | | | | | | | - | 880.00 | 1,176.00 | 2,056.00 | 12 |
| 13 | CAPIO, APOLINARIO S. | A.B. | 01 | 31 | 30 | 465.00 | 186.00 | 153.00 | 76.00 | - | | 880.00 | | | | | | | - | 880.00 | 2,410.54 | 3,290.54 | 13 |
| 14 | TANURY, ANTOLIN A. III | O.S. | 01 | 31 | 30 | 350.00 | 140.00 | 116.00 | - | - | | 606.00 | | | | | | | - | 606.00 | 1,012.61 | 1,618.61 | 14 |
| 15 | TUBAN, MARK KAREL B. | O.S. | 01 | 31 | 30 | 350.00 | 140.00 | 116.00 | - | - | | 606.00 | | | | | | | - | 606.00 | 1,005.22 | 1,611.22 | 15 |
| 16 | CANDELARIO, RONILD G. JR. | OILER | 01 | 31 | 30 | 465.00 | 186.00 | 153.00 | 76.00 | - | | 880.00 | | | | | | | - | 880.00 | 821.89 | 1,701.89 | 16 |
| 17 | SUNER, ELMER S. | OILER | 01 | 31 | 30 | 465.00 | 186.00 | 153.00 | 76.00 | - | | 880.00 | | | | | | | - | 880.00 | 856.00 | 1,736.00 | 17 |
| 18 | MAGSINDARO, REGGIE P. | WIPER | 01 | 31 | 30 | 350.00 | 140.00 | 116.00 | - | - | | 606.00 | | | | | | | - | 606.00 | 1,526.99 | 2,132.99 | 18 |
| 19 | LLAMELO, GENE L. | FITTER | 01 | 31 | 30 | 550.00 | 220.00 | 182.00 | 765.00 | - | | 1,717.00 | | | | | | | - | 1,717.00 | 5,241.81 | 6,958.81 | 19 |
| 20 | FARMAKAS, GEORGIOS | COOK | 01 | 31 | 30 | | | | | | | - | | | | | | | - | - | - | - | 20 |
| 21 | TORRES, JASON T. | MESSBOY | 01 | 31 | 30 | 235.00 | 94.00 | 78.00 | - | - | | 407.00 | | | | | | | - | 407.00 | 535.40 | 942.40 | 21 |
| 22 | | | 01 | 31 | 30 | - | - | - | - | - | | - | | | | | | | - | | | | 22 |
| 23 | | | | | | - | - | - | - | - | | - | | | | | | | - | | | | 23 |
| 24 | | | | | | - | - | - | - | - | | | | | | | | | - | | | | 24 |
| 35 | | | | | 660 | 9,810.00 | 3,924.00 | 2,650.00 | 18,766.00 | | | 35,170.00 | | | | | | | - | 35,170.00 | 76,914.54 | 112,084.54 | 35 |

35,170.00
35,170.00

Cross Check #1
Cross Check #2
Cross Check #3

Capt. Reynaldo Alcuizar
MASTER

Newlead MOA, Ver. 22APR16-1

Page 4

MV NEWLEAD CASTELLANO

DURATION: 12

31-May-16

| # Last Name | First | MI | Rnk / Lic | Date Joined | | Basic | FOT | GOT | Suppl | L.Pay | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. ALCUIZAR | REYNALDO | A | 17667/48* | MASTR | 05.12.2015 | (9+3) | 1500 | 600 | 315 | 5860 | 225 | 8500 |
| 2. YTING | CECILIO | C | 23753/48 | CM | 04.09.2015 | (9+3) (5) S | 1000 | 400 | 210 | 3740 | 150 | 5500 |
| 3. TEJARES | LINO JR | M | 20318/59* | 2M | 04.09.2015 | (9+3) | 800 | 320 | 168 | 1792 | 120 | 3200 |
| 4. DERIADA | GEORGE | C | 09633/43* | 3M / 2M | 25.09.2015 | (9+3) | 600 | 240 | 126 | 1744 | 90 | 2800 |
| 5. CIASICO | ARNEL | A | 02763/51* | 2E | 07.03.2016 | (2+1) | 1000 | 400 | 210 | 3740 | 150 | 5500 |
| 6. AROCENA | JESUS | C | 05201164* | BSN | 04.09.2015 | (9+3) | 550 | 220 | 182 | 765 | 83 | 1800 |
| 7. CAPIO | APOLINARIO | S | 20891/33* | AB | 04.09.2015 | (9+3) | 465 | 186 | 153 | 76 | 70 | 950 |
| 8. METEORO | EDUARD | B | 20354/37* | AB | 04.09.2015 | (9+3) | 465 | 186 | 153 | 76 | 70 | 950 |
| 9. SORENIO | ARNALDO | T | 22909/54* | AB | 25.09.2015 | (9+3) | 465 | 186 | 153 | 76 | 70 | 950 |
| 10. TANJAY | ANTOLIN III | A | 23557/23 | OS | 18.11.2015 | (9+3) | 350 | 140 | 116 | 0 | 53 | 659 |
| 11. TUBAN | MARK KAREL | B | 21658/63* | OS | 25.09.2015 | (9+3) | 350 | 140 | 116 | 0 | 53 | 659 |
| 12. CANDELARIO | RONILO JR | G | 18607/31* | OILR | 04.09.2015 | (9+3) | 465 | 186 | 153 | 76 | 70 | 950 |
| 13. SUÑER | ELMER | S | 20880/48* | OILR | 25.09.2015 | (9+3) | 465 | 186 | 153 | 76 | 70 | 950 |
| 14. MAGDADARO | REGGIE | P | 23498/22 | WPR | 27.05.2015 | (9+3) | 350 | 140 | 116 | 0 | 53 | 659 |
| 15. CABRERA | JERICO | D | 23415/23 | ENGC | 27.05.2015 | (9+3) | 200 | 80 | 66 | 0 | 30 | 376 |
| 16. LLAMELO | GENE | L | 23221/57* | FTR | 27.05.2015 | (9+3) | 550 | 220 | 182 | 765 | 83 | 1800 |
| 17. TORRES | JASON | T | 23805/27 | MBOY | 25.09.2015 | (9+3) | 235 | 94 | 78 | 0 | 35 | 442 |
| TOTALS : | | | | | | | 9810 | 3924 | 2650 | 18786 | 1472 | 36642 |

31.05.2016

M/V NEWLEAD CASTELLANO

| MONTHLY CREW MANAGEMENT COST | AMOUNT US$ | DETAILS |
|---|---|---|
| Basic wages | 9,810 | (48 hrs work per week) |
| Fixed O/T | 3,924 | (105hrs fxd OT per month |
| Additional O/T | 2,650 | 55hrs |
| Suppl.wages | 18,786 | (addt'l to certain ranks) |
| Leave pay | 1,472 | 4,5 days per month |
| Crew extra payments | 850 | (per ship/month) |
| SSS/Philhealth/Welfare Contributions-Pagibig | 918 | (17 x $54) |
| Mobilization cost | 250 | (BASIC:2:2 - 15 days stand-by wages) |
| Mobilization cost | 489 | (BASIC:2:9 - 15 days stand-by wages) |
| Overlapping cost | 275 | (SALARY: 30 : 2 x3) |
| Overlapping cost | 346 | (SALARY: 30 : 9 x3) |
| InterOrient fees | 1,200 | (per ship/month) |
| Communication cost (incl communications with ship) | 275 | (per ship/month) |
| Recruitment Expenses (documents processing) | 75 | (1 x $150 :2) |
| Recruitment Expenses (documents processing) | 267 | (16 x $150 :9) |
| PEME/ North of England P & I Club | 63 | (1 x$1262:2) |
| PEME/ North of England P & I Club | 224 | (16 x$126:9) |
| Visas | 48 | (1 x $95:2) |
| Visas | 169 | (16 x $95:9) |
| Visa - Australia | 5 | (1 x $10:2) |
| Visa - Australia | 18 | (16 x $10:9) |
| Flag State/STCW'95 | 8 | (1 x $15:2) |
| Flag State/STCW'95 | 27 | (16 x $15:9) |
| Working Shoes and Clothes | 97 | (1 x $194:2) |
| Working Shoes and Clothes | 345 | (16 x $194:9) |
| In-House Training/ISM Training and Familiarization | 15 | (1 x $30:2) |
| In-House Training/ISM Training and Familiarization | 53 | (16 x $30:9) |
| Anti-Piracy Training | 13 | (1 x $25:2) |
| Anti-Piracy Training | 44 | (16 x $25:9) |
| English Language Test | 5 | (1 x $10:2) |
| English Language Test | 18 | (16 x $10:9) |
| Bank Charges (including payments of home allotments/CTM) | 450 | (lumpsum) |
| Vessel's payroll/portage bills/MGA and other accounts charge | 450 | (per ship/month) |
| TOTAL PER SHIP/PER MONTH | 43,637 | |

Note: Expenses not included in above list are chargeable at cost

# INTERORIENT MARITIME DMCC

## Statement of A/C

| Date |
| --- |
| 31-May-2016 |

**Bill To**

NEWLEAD BULKERS S.A.
83 Akti Miaouli & Flessa Str.
185 38, Piraeus
Greece

| Amount Due |
| --- |
| USD 178,546.10 |

| Date | Description | Amount | Balance |
| --- | --- | --- | --- |
| 30-04-2016 | Balance forward | | 117,708.10 |
| | NEWLEAD CASTELLANO- | | |
| 31-05-2016 | INV #26072. UNEXPRIED - LUMPSUM | 17,199.00 | 134,907.10 |
| 31-05-2016 | INV #26626. CREW MANAGEMENT EXPENSES | 43,639.00 | 178,546.10 |

**KINDLY NOTE THAT OUR BANK ACCOUNT NUMBER HAS CHANGED AS FOLLOWS:**

| Amount Due |
| --- |
| USD 178,546.10 |

**BENEFICIARY BANK: CITIBANK N.A.**
**BRANCH: AL WASL BRANCH**
**BANK ADDRESS: OUD METHA RD., DUBAI, UAE**
**SWIFT CODE: CITIAEAD**
**IN FAVOUR OF : INTERORIENT MARITIME DMCC**
**USD ACCOUNT NO.: 020 181 2038**
**IBAN NO.: AE88 0211 00000 020 181 2038**

 **INTERORIENT MARITIME DMCC**

# DEBIT NOTE

| Bill To |
|---|
| NEWLEAD BULKERS S.A.<br>83 Akti Miaouli & Flessa Str.<br>185 38, Piraeus<br>Greece |

| Debit Note # |
|---|
| 26072 |

| OWNING COMPANY | IMO NO. | VESSEL | FLAG | Date |
|---|---|---|---|---|
| NEWLEAD CASTELLANO LTD | 9686338 | NEWLEAD CASTELLA... | LIBERIA | 31-May-2016 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| COMPENSATION | 1 | 9,810.00 | 9,810.00 |
| UNEXPIRED LUMPSUM | 1 | 1,310.00 | 1,310.00 |
| UNEXPIRED MOBILIZATION COST | 1 | 717.00 | 717.00 |
| UNEXPIRED OVERLAPPING COST | 1 | 612.00 | 612.00 |
| LUMPSUM PAYABLE PER AGREEMENT ( FEES ) | 1 | 4,750.00 | 4,750.00 |

**PLEASE PAY TO OUR BANK ACCOUNT AS FOLLOWS:**

| **Total** | USD 17,199.00 |
|---|---|

**BENEFICIARY BANK: CITIBANK N.A.**
**BRANCH: AL WASL BRANCH**
**BANK ADDRESS: OUD METHA RD., DUBAI, UAE**
**SWIFT CODE: CITIAEAD**
**IN FAVOUR OF : INTERORIENT MARITIME DMCC**
**USD ACCOUNT NO.: 020 181 2038**
**IBAN NO.: AE88 0211 00000 020 181 2038**

Unit No. 2301, Jumeirah Business Center 1, Cluster G2, Jumeirah Lakes Towers, PO Box 643565, Dubai, UAE
Tel: +971 4 4472019 / Fax: +971 4 4472057 / Email : inormjlt@inormjlt.ae

 **INTERORIENT MARITIME DMCC**

# DEBIT NOTE

| Bill To |
| --- |
| NEWLEAD BULKERS S.A.<br>83 Akti Miaouli & Flessa Str.<br>185 38, Piraeus<br>Greece |

| Debit Note # |
| --- |
| 26626 |

| OWNING COMPANY | IMO NO. | VESSEL | FLAG | Date |
| --- | --- | --- | --- | --- |
| NEWLEAD CASTELLANO LTD | 9686338 | NEWLEAD CASTELLA... | LIBERIA | 31-May-2016 |

| Description | Qty | Rate | Amount |
| --- | --- | --- | --- |
| BASIC WAGES (48 HRS WORK PER WEEK) | 1 | 9,810.00 | 9,810.00 |
| FIXED O/T (105 HRS FIX O/T PER MONTH) | 1 | 3,924.00 | 3,924.00 |
| GUARANTEED OVERTIME | 1 | 2,650.00 | 2,650.00 |
| SUPPLEMENTARY WAGES (ADDTIONAL TO CERTAIN RANKS) | 1 | 18,786.00 | 18,786.00 |
| LEAVE PAY (4.5 DAYS PER MONTH) | 1 | 1,472.00 | 1,472.00 |
| CREW EXTRA PAYMENTS (PER SHIP/MONTH) | 1 | 850.00 | 850.00 |
| SSS/PHILHEALTH/WELFARE CONTRIBUTIONS (17 SMNX $54) | 1 | 918.00 | 918.00 |
| MOBILIZATION COST (BASIC:2:2) - 15 DAYS STAND-BY WAGES) | 1 | 250.00 | 250.00 |
| MOBILIZATION COST (BASIC:2:9) - 15 DAYS STAND-BY WAGES) | 1 | 489.00 | 489.00 |
| OVERLAPPING COST (SALARY : 30 :2 X 3) | 1 | 275.00 | 275.00 |
| OVERLAPPING COST (SALARY : 30 :9 X 3) | 1 | 346.00 | 346.00 |
| INTERORIENT FEES (PER SHIP/MONTH) | 1 | 1,200.00 | 1,200.00 |
| COMMUNICATION COST INCL. COMMUNICATION WITH SHIP (PER SHIP/MONTH) | 1 | 275.00 | 275.00 |
| RECRUITMENT EXPENSES (1 SMN X $150 :2) | 1 | 75.00 | 75.00 |
| RECRUITMENT EXPENSES (16 SMN X $150 :9) | 1 | 267.00 | 267.00 |
| PEME/UK P & I CLUB (1 SMN X $126 : 2) | 1 | 63.00 | 63.00 |
| PEME/UK P & I CLUB (16 SMN X $126 : 9) | 1 | 224.00 | 224.00 |
| VISAS (1 SMN X $95 :2) | 1 | 48.00 | 48.00 |
| VISAS (16 SMN X $95 :9) | 1 | 169.00 | 169.00 |
| VISA - AUSTRALIA  (1 SMN X $10 : 2) | 1 | 5.00 | 5.00 |
| VISA - AUSTRALIA  (16 SMN X $10 : 9) | 1 | 18.00 | 18.00 |

**PLEASE PAY TO OUR BANK ACCOUNT AS FOLLOWS:**

| **Total** |
| --- |

**BENEFICIARY BANK: CITIBANK N.A.**
**BRANCH: AL WASL BRANCH**
**BANK ADDRESS: OUD METHA RD., DUBAI, UAE**
**SWIFT CODE: CITIAEAD**
**IN FAVOUR OF : INTERORIENT MARITIME DMCC**
**USD ACCOUNT NO.: 020 181 2038**
**IBAN NO.: AE88 0211 00000 020 181 2038**

Unit No. 2301, Jumeirah Business Center 1, Cluster G2, Jumeirah Lakes Towers, PO Box 643565, Dubai, UAE
Tel: +971 4 4472019 / Fax: +971 4 4472057 / Email : inormjlt@inormjlt.ae

Page 1

 **INTERORIENT MARITIME DMCC**

# DEBIT NOTE

| Bill To |
|---|
| NEWLEAD BULKERS S.A.<br>83 Akti Miaouli & Flessa Str.<br>185 38, Piraeus<br>Greece |

| Debit Note # |
|---|
| 26626 |

| OWNING COMPANY | IMO NO. | VESSEL | FLAG | Date |
|---|---|---|---|---|
| NEWLEAD CASTELLANO LTD | 9686338 | NEWLEAD CASTELLA... | LIBERIA | 31-May-2016 |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| FLAG STATE/STCW'95 (1 SMN X $ 15 :2) | 1 | 8.00 | 8.00 |
| FLAG STATE/STCW'95 (16 SMN X $ 15 :9) | 1 | 27.00 | 27.00 |
| WORKING SHOES AND CLOTHES (1 SMN X $194 :2) | 1 | 97.00 | 97.00 |
| WORKING SHOES AND CLOTHES (16 SMN X $194 :9) | 1 | 345.00 | 345.00 |
| IN-HOUSE TRAINING/ISM TRAINING AND FAMILIARIZATION(1 SMNX$30:2) | 1 | 15.00 | 15.00 |
| IN-HOUSE TRAINING/ISM TRAINING AND FAMILIARIZATION(16 SMNX$30:9) | 1 | 53.00 | 53.00 |
| ANTI-PIRACY TRAINING ( SMN 1 X $25:2) | 1 | 13.00 | 13.00 |
| ANTI-PIRACY TRAINING ( SMN 16 X $25:9) | 1 | 44.00 | 44.00 |
| ENGLISH LANGUAGE TEST (1 SMN X $10 : 2) | 1 | 5.00 | 5.00 |
| ENGLISH LANGUAGE TEST (16 SMN X $10 : 9) | 1 | 18.00 | 18.00 |
| BANK CHARGES INCLUDING  PAYMENTS OF HOME ALLOTMENTS/CTM (LUMPSUM) | 1 | 450.00 | 450.00 |
| VESSEL'S PAYROLL/PORTAGE BILLS/MGA AND OTHER ACCOUNTS CHARGE (PER SHIP/MONTH) | 1 | 450.00 | 450.00 |

**PLEASE PAY TO OUR BANK ACCOUNT AS FOLLOWS:**

| **Total** | USD 43,639.00 |
|---|---|

**BENEFICIARY BANK: CITIBANK N.A.**
**BRANCH: AL WASL BRANCH**
**BANK ADDRESS: OUD METHA RD., DUBAI, UAE**
**SWIFT CODE: CITIAEAD**
**IN FAVOUR OF : INTERORIENT MARITIME DMCC**
**USD ACCOUNT NO.: 020 181 2038**
**IBAN NO.: AE88 0211 00000 020 181 2038**

---

Unit No. 2301, Jumeirah Business Center 1, Cluster G2, Jumeirah Lakes Towers, PO Box 643565, Dubai, UAE
Tel: +971 4 4472019 / Fax: +971 4 4472057 / Email : inormjlt@inormjlt.ae

# EXHIBIT 5

Exhibit 5
30 Day Cost Estimate

| | Days Supply or Service | Charges | Handling Fee | Total |
|---|---|---|---|---|
| Watchman | 30 | 12,750.00 | | 12,750.00 |
| Custody Fee | 30 | 10,614.00 | | 10,614.00 |
| Communications (estimate) | 30 | 5,000.00 | 750.00 | 5,750.00 |
| Insurance (estimate) | 30 | 8,675.00 | 1,301.25 | 9,976.25 |
| Port Agent | 30 | 7,500.00 | 1,125.00 | 8,625.00 |
| Fuel | 66 | 51,744.00 | 7,761.60 | 59,505.60 |
| Fuel Reserve USCG hurricane requirement | 7 | 95,200.00 | 14,280.00 | 109,480.00 |
| Water | 66 | 5,200.00 | 780.00 | 5,980.00 |
| Provisions | 30 | 6,000.00 | 900.00 | 6,900.00 |
| Garbage removal | N/A | 2,000.00 | 300.00 | 2,300.00 |
| Roundtrip shift to/from port | N/A | 22,000.00 | 3,300.00 | 25,300.00 |
| Dock & Security | N/A | 3,555.00 | 533.25 | 4,088.25 |
| | | | | |
| Grand Total | | | | 261,269.10 |