IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RAY CAPITAL INC.; OPPENHEIM
CAPITAL LTD.; CHEYENNE HOLDINGS
LTD.; and LABROY SHIPTRADE
LIMITED,

    Plaintiffs,

v.                                       CV 416-093

M/V NEWLEAD CASTELLANO, IMO NO.
9686338, her engines, tackle,
equipment, furniture,
appurtenances, etc., *in rem*,
and NEWLEAD CASTELLANO LTD.,

    Defendants.

**O R D E R**

On June 8, 2016, the Clerk granted Defendants' consent motion for extension of time and ordered that "Defendants shall have up to, through and including, Thursday, June 23, 2016, or until three (3) days before any hearing on motions currently pending before the Court" to submit their reply and response briefs. (Doc. 35.) However, the Court now **ORDERS** Defendants to submit their briefs **no later than Thursday, June 23, 2016**. Thereafter, on **Monday, June 27, 2016, at 10:00 a.m.** in the First Floor Courtroom of the United States District Courthouse located at 125 Bull Street, Savannah, Georgia 31401, the Court will hold a hearing on Defendants' motion to vacate (Doc. 15).

**ORDER ENTERED** at Augusta, Georgia, this 10th day of June, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA