IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| RAY CAPITAL INC., OPPENHEIM CAPITAL LTD, CHEYENNE HOLDINGS LTD. AND LABROY SHIPTRADE LIMITED | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION FILE NO. 4:16-cv-93 |
| M/V NEWLEAD CASTELLANO, IMO NO. 9686338 HER ENGINES, TACKLE, EQUIPMENT, FURNITURE, APPURTENANCES, ETC., *IN REM* AND NEWLEAD CASTELLANO LTD. | ) ) ) ) ) ) ) ) | |
| Defendants | ) ) | |

## **DEFENDANTS' MOTION TO POSTPONE JUNE 27, 2016 HEARING**

Defendants Newlead Castellano Ltd. and M/V NEWLEAD CASTELLANO (collectively, "Defendants") move the Court for postponement of the hearing currently scheduled for June 27, 2016. Both New York counsel and local counsel have given Defendants their notice of intent to withdraw from Defendants' representation in this case pursuant to Local Rule 83.7. Specifically, New York counsel gave Defendants notice of his intent to withdraw on June 15, 2016, and local counsel confirmed to Defendants their intent to withdraw the following day. Moreover, undersigned have been advised by Defendants that they intend to employ new counsel, specifically George Chalos of Chalos & Co., Oyster Bay, New York, to represent them in this matter. Undersigned are

1

advised by Mr. Chalos that he is engaged in a trial in Seattle, Washington, and that he has been unable to discuss with Defendants the terms of his retention.  The undersigned intend to file a motion to withdraw as soon as they are permitted pursuant to Local Rule 83.7.  Defendants thus ask the Court to postpone the hearing to give Defendants time to retain new counsel to represent it at the hearing and in subsequent matters on this case.  Plaintiffs' counsel has indicated that they do not agree to a postponement of this hearing.

This 20th day of June, 2016.

TISDALE LAW OFFICES, LLC

/s/Thomas L. Tisdale
Thomas L. Tisdale
NY Bar No.: TT5263
ttisdale@tisdale-law.com

11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025

ELLIS, PAINTER, RATTERREE & ADAMS LLP

/s/Robert S. Glenn, Jr.
ROBERT S. GLENN, Jr.
Georgia Bar No. 297306
bglenn@epra-law.com

/s/Philip Thompson
PHILIP THOMPSON
Georgia Bar No. 963572
pthompson@epra-law.com
*Attorneys for Defendants Newlead Castellano Ltd. and M/V NEWLEAD CASTELLANO*

Post Office Box 9946
Savannah, Georgia 31412
Telephone: (912) 233-9700