# EXHIBIT "B"

| | |
|---|---|
| **From:** | Philip Thompson |
| **Sent:** | Thursday, June 16, 2016 3:28 PM |
| **To:** | 'Thomas L. Tisdale'; stheodoropoulos@newleadship.com |
| **Cc:** | Antigone Yanniotis; Timothy Nast; MZolotas@newleadholdings.com; Robert S. Glenn, Jr.; Jason Pedigo |
| **Subject:** | RE: NEWLEAD CASTELIANO Oref: 16/A/AYA - Amended Complaint (REF: 3738F81); TLO Ref 2647 |

Dear Spyros:

I write in reference to the subject case and to yesterday's email to you from Tom Tisdale, reproduced below for your reference. Our firm has served as local counsel for Newlead Castellano, Ltd. on this case. I am writing to give you and Newlead Castellano, Ltd. notice, pursuant to Southern District of Georgia Local Rule 83.7, of our firm's intention to withdraw as counsel from the case because of our failure to work out an agreement by which our fees may be paid.

Please let me know if you have any questions about the foregoing.

Thank you,
Philip



**Philip Thompson**
Ellis, Painter, Ratterree & Adams LLP
2 East Bryan Street, 10th Floor • Post Office Box 9946 (31412)
Savannah , Georgia 31401
Phone: (912) 233-9700 • Fax: (912) 233-2281 • Direct: (912) 629-2765
pthompson@epra-law.com • Website: www.epra-law.com

**Legal Notices:** This communication (including any attachment) is being sent by or on behalf of a lawyer and may contain confidential or legally privileged information. The sender does not intend to waive any privilege, including the attorney-client privilege, that may attach to the communication. If you are not the intended recipient, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. If you have received this communication in error, please notify the sender immediately by email and delete this communication and all copies. Any offer or counteroffer contained herein is an offer in compromise only, is not a waiver or release of any right, remedy, or defense, is not an admission of any fact, and may not be used in evidence in any way.

**From:** Thomas L. Tisdale [mailto:ttisdale@tisdale-law.com]
**Sent:** Wednesday, June 15, 2016 4:30 PM
**To:** stheodoropoulos@newleadship.com
**Cc:** Antigone Yanniotis; Timothy Nast; MZolotas@newleadholdings.com; Philip Thompson; Robert S. Glenn, Jr.; Jason Pedigo
**Subject:** Re: NEWLEAD CASTELIANO Oref: 16/A/AYA - Amended Complaint (REF: 3738F81); TLO Ref 2647

Dear Spyros,

Thank you for your call this evening. I am writing to confirm our discussion wherein I advised that it was my belief that the attorney client relationship had broken down to a point that it was my opinion that NewLead would be best served with other counsel and that we would be withdrawing our appearance. We are willing to assist in the transition of the information/documentation we possess to ease the transition for new counsel. Please advise who you will be appointing in our place.

1

Please be advised that NewLead's reply to the Defendant's opposition to our motion to vacate is due on June 23 and the hearing is scheduled for June 27 at 10 a.m. In Savannah. We have advised local counsel of our decision and we have copied them on this message so that they can advise you of their intentions also.

Best of luck to you.

Tom

Thomas L. Tisdale

**TISDALE LAW OFFICES, LLC**
**New York | Southport, CT**
ttisdale@tisdale-law.com

One Grand Central Place | 60 East 42nd Street | Suite 1638
New York | New York | 10165-6220 ∂
T: 212.354.0025 | F: 212.869.0067

10 Spruce Street | Southport | Connecticut | 06890
T: 203.254.8474 | F: 203.254.1641
Mobile: 203-257-3766

Please visit our website at www.tisdale-law.com
*********************************************************************************
**NOTICE: THIS EMAIL IS BEING SENT BY AN ATTORNEY.**
This email and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified any dissemination, distribution or copying of this email, and any attachments thereto, is strictly prohibited. If you receive this email in error please immediately notify me at (212)-354-0025 and permanently delete the original copy and any copy of any email, and any printout thereof.
*********************************************************************************