UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAY CAPITAL, INC. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>M/V NEWLEAD CASTELLANO et al., )<br>)<br>Defendants. ) | Case No. CV416-093 |

## O R D E R

The Court having reviewed and considered the petitions of Michael G. Chalos and George K. Kontakis of the law firm of K&L Gates LLP, 599 Lexington Avenue, New York, New York 10022, for permission to appear pro hac vice on behalf of defendants M/V Newlead Castellano et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Michael G. Chalos and George K. Kontakis as counsel of record for defendants M/V Newlead Castellano et al., in this case.

**SO ORDERED** this __26th__ day of July, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA