UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

RAY CAPITAL INC.; OPPENHEIM )
CAPITAL LTD.; CHEYENNE )
HOLDING LTD.; AND LABROY )
SHIPTRADE LIMITED, )
)
PLANTIFFS, )
)
Vs. )   CIVIL ACTION NO. 4:16-CV-093
)
M/V NEWLEAD CASTELLANO, )
IMO NO.9686338, HER ENGINES )
TACKLE,EQUIPMENT,FURNITURE, )
APPURTENANCES,ETC.,IN REM, )
AND NEWLEAD CASTELLANO LTD., )
)
DEFENDANTS. )

UNITED STATES MARSHAL'S REPORT OF SALE

KNOW ALL MEN BY THESE PRESENT that I, Stephen J. Smith, United States Marshal for the Southern District of Georgia, pursuant to an Order Directing Sale of the M/V NEWLEAD CASTELLANO, IMO NO. 9686338, her engines, tackle, equipment, furniture, appurtenances, etc., IN Rem, dated July 14, 2016, and signed by the Honorable James Randal Hall, United States District Judge for the Southern District of Georgia, I sold the above described vessel and her engines, tackle, equipment, furniture, appurtenances, etc., after due advertisement according to law and the custom of this Court on August 8, 2016, to Strategic Shipping, Inc., for the price of Seven Million Four Hundred Thousand Dollars and 00/100, ($7,400,000.00) Dollars, that being the highest and best bid therefor.

It is recommended that the Court by its proper order so now approve and confirm the foregoing sale.

WITNESS my official hand and seal this 8th day of August 2016.

_____
Stephen J. Smith
United States Marshal
Southern District of Georgia

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF<br>RAY CAPITAL INC., OPPENHEIM CAPITAL LIMITED, et al | COURT CASE NUMBER<br>4:16-CV-093 |
|---|---|
| DEFENDANT<br>M/V NEWLEAD CASTELLANO, IMO NO. 9868338 | TYPE OF PROCESS<br>SALE OF VESSEL |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V Newlead Castellano, IMO NO. 9868338

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Bull/State Street Entrance, United States Courthouse, Savannah, Georgia 31401

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Todd M. Baiad, Esq.
BOUHAN FALLIGANT, LLP
Post Office Box 2139
Savannah, Georgia 31402-2139

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

SALE OF VESSEL

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>912 644 5787 | DATE<br>8/5/16 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 21 | District to Serve<br>No. 21 | Signature of Authorized USMS Deputy or Clerk<br>Cleade Stapleton | Date<br>8/5/16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

| Date<br>8/8/16 | Time<br>10:00 | ☒ am<br>☐ pm |
|---|---|---|

Signature of U.S. Marshal or Deputy

$50,000 Commission on sale

| Service Fee<br>65.00<br>20.00 | Total Mileage Charges including *endeavors*<br>— | Forwarding Fee<br>— | Total Charges<br>$85.00<br>$50,085.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:
$20 Report of Sale
Sold to Strategic Shipping, Inc. for $7.4 million

| DISTRIBUTE TO: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 11/13 |
|---|---|---|