UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

| | | |
|---|---|---|
| DHL PROJECT & CHARTERING LIMITED, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | CIVIL ACTION FILE NO. CV416-123 |
| NEWLEAD HOLDINGS LTD., NEWLEAD SHIPPING S.A., NEWLEAD BULKERS S.A. NEWLEAD CASTELLANO LTD., GRAND VENETICO INC., NEWLEAD VENETICO LTD., | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFF'S NOTICE OF INTENT TO FILE REPLY BRIEF

Plaintiff DHL Project & Chartering Limited gives notice of its intent to file a reply brief in response to Ray Capital, Inc., Oppenheimer Capital, LTD., Cheyenne Holdings, LTD and Labroy Shiptrade Limited's Response in Opposition to Plaintiff's Motion for to Consolidate.

Ray Capital, Inc., Oppenheimer Capital, LTD., Cheyenne Holdings, LTD and Labroy Shiptrade Limited's response brief was filed on August 15, 2016.  Pursuant to LR 7.6, S.D.Ga., Plaintiff's reply brief will be served and filed within fourteen (14) calendar days of that date, making the reply brief due on Monday August 29, 2016, pursuant to Local Rule 7.6.

(Signature on Following Page)

1

Respectfully submitted this **16th** day of **August** 2016.

BRENNAN WASDEN & PAINTER LLC

By: /s/ Travis D. Windsor_____
William E. Dillard
State Bar No. 222030
Travis D. Windsor
State Bar No. 770441
P.O. Box 8047
Savannah, Georgia 31412
(912) 232-6700
FAX (912) 232-0799
bdillard@brennanwasden.com
twindsor@brennanwasden.com
*Attorneys for Plaintiff DHL Project &*
*Chartering Limited*

HOLLAND & KNIGHT LLP

By: /s/ James H Power\_\_\_\_
James H. Power (*pro hac vice*)
31 West 52nd Street
New York, New York 10019
Telephone:  212-513-3200
Telefax: 212-385-9010
Email:  james.power@hklaw.com
*Attorneys for Plaintiff DHL Project &*
*Chartering Limited*

2