IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RAY CAPITAL INC., OPPENHEIM CAPITAL LTD, CHEYENNE HOLDINGS LTD. AND LABROY SHIPTRADE LIMITED, | § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION NO. 4:16-CV-0093 |
| V. | § § | |
| M/V NEWLEAD CASTELLANO, IMO NO. 9686338 HER ENGINES, TACKLE, EQUIPMENT, FURNITURE, APPURTENANCES, ETC., *IN REM*, AND NEWLEAD CASTELLANO LTD., | § § § § § § § | |
| DEFENDANTS. | § § | |

## REQUEST TO WITHDRAW AS COUNSEL FOR DEFENDANTS PURSUANT TO LOCAL RULE 83.7

Attorneys MICHAEL G. CHALOS, GEORGE K. KONTAKIS, and THOMAS LANGSTON BASS, JR. and the law firms of K&L GATES LLP in New York, New York and BRENNAN, HARRIS AND ROMINGER LLP in Savannah, Georgia, respectfully request the Court to strike of record counsel's names and that of their firms as counsel for the Defendants, pursuant to Local Rule 83.7.

By email dated August 12, 2016, Mr. Chalos informed Defendants that counsel could not continue acting on behalf of Defendants if Defendants did not pay the costs and legal fees incurred by counsel. A copy of this email is attached hereto as Exhibit A (with a section of privileged communication redacted). Despite Defendants' promises to make prompt payments,

and despite continued legal advice and representation by counsel, no payment was made. Accordingly, on August 30, 2016, Mr. Chalos formally notified Defendants by email of counsel's intention to withdraw as counsel for the Defendants unless payments were made within 24 hours. A copy of this email is attached hereto as Exhibit B (with a section of privileged communication redacted). Once again, no payment was made.

The required fourteen day period under Local Rule 83.7 has elapsed since counsel's email notifying Defendants as to counsel's intention to withdraw. Defendants' Response to Plaintiffs' Motion for Summary Judgment is due on October 14, 2016, which allows Defendants sufficient time to obtain replacement counsel should they choose to do so.[1]

Accordingly, Michael G. Chalos, George K. Kontakis, and Thomas Langston Bass, Jr., along with the firms of K&L Gates LLP and Brennan, Harris & Rominger LLP, respectfully request the Court to strike from the record counsel's names and that of their firms as counsel for the Defendants.

---

[1] Plaintiffs have also granted Defendants an extension on outstanding discovery requests such that the responses to said requests are due on October 4, 2016.

RESPECTFULLY SUBMITTED THIS SIXTEENTH DAY OF SEPTEMBER, 2016.

  /s/ Michael G. Chalos
Michael G. Chalos
Federal Bar No. MC-3939
*Attorney for Defendants*
(admitted *pro hac vice*)
K&L Gates, LLP
New York, NY 10022
T: 212.536.4097
F: 212.536.3901
michael.chalos@klgates.com


George K. Kontakis
Federal Bar No. GK-0484
*Attorney for Defendants*
(admitted *pro hac vice*)
K&L Gates, LLP
New York, NY 10022
T: 212.536.4021
F: 212.536.3901
george.kontakis@klgates.com

T. LANGSTON BASS, JR.
State Bar No. 041320
*Attorney for Defendants*
BRENNAN, HARRIS & ROMINGER LLP
Post Office Box 2784
Savannah, Georgia 31402
T (912) 233-3399 F (912) 236-4558
tlb@bhrlegal.com