# **EXHIBIT 1**

## Lloyd, Halani

| | |
|---|---|
| **From:** | Lloyd, Halani |
| **Sent:** | Friday, 2 September 2016 3:14 PM |
| **To:** | 'stheodoropoulos@newleadship.com' |
| **Cc:** | Toms, Jason; Cheung, Joyce |
| **Subject:** | NEWLEAD VENETICO - c/ps dd 27.10.11 and 09.12.11 - notice of commencement of arbitration |
| **Importance:** | High |

To: Grand Venetico Inc. and Newlead Shipping SA
c/- Spyros Theodoropoulos
stheodoropoulos@newleadship.com

Re: NEWLEAD VENETICO – c/ps dated 27 October 2011 and 9 December 2011

Dear Sirs

We refer to our previous correspondence. As you know, we act for DHL Project & Chartering (China) Limited.

Given the unfortunate lack of progress in discussions regarding our clients' claim, we write to request confirmation that you agree to the appointment of Ian Gaunt, of 61 Cadogan Square, London SW1X OHZ (telephone: +44 20 7235 6878), as sole arbitrator in respect of all disputes arising between the parties under or in connection with the above charterparties, in accordance with clause 17 of the charters and sections 14 and 15 of the Arbitration Act 1996.

This message constitutes notice of commencement of arbitration in accordance with section 14(4) of the Arbitration Act 1996.

Please may we receive your response by no later than Friday, 16 September 2016.

Kind regards

**Jason Toms / Halani Lloyd**
**Partner / Registered Foreign Lawyer (England and Wales)**

**ReedSmith**
**Richards Butler**
20th Floor, Alexandra House
18 Chater Road
Central, Hong Kong
Tel: +852 2810 8008
Fax: +852 2810 1607
reedsmith.com

*Please consider the environment before printing the contents of this email*

1