IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION
IN ADMIRALTY

RAY CAPITAL INC.; OPPENHEIM
CAPITAL LTD.; CHEYENNE HOLDINGS
LTD.; and LABROY SHIPTRADE
LIMITED,

    Plaintiffs,

v.

M/V NEWLEAD CASTELLANO, IMO NO.
9686338, her engines, tackle,
equipment, furniture,
appurtenances, etc., *in rem*,
and NEWLEAD CASTELLANO LTD.,

    Defendants.

CV 416-093

**O R D E R**

Before the Court is Plaintiffs' Second Motion to Distribute Proceeds of Sale dated October 12, 2016.[1] (Doc. 101.) Defendants' response to that motion was due on or before November 1, 2016; to date, Defendants have failed to respond to Plaintiffs' motion.[2] Upon due consideration, Plaintiffs' motion

---

[1] On October 6, 2016, Plaintiffs filed a Memorandum in Support of Plaintiffs' Second Motion to Distribute Proceeds of Sale that is near-identical to their present motion. (Compare Doc. 96; with Doc. 101.) Accordingly, the Court has considered Plaintiff's present motion (doc. 101) as superseding Plaintiff's earlier motion (doc. 96), and the Clerk of Court is directed to **TERMINATE** Plaintiffs' Memorandum in Support of Plaintiff's Second Motion to Distribute Proceeds of Sale (doc. 96).

[2] An attempted intervenor, DHL Project & Chartering Limited ("DHL"), has filed a motion seeking to stay proceedings in this matter pending the resolution of the interlocutory appeal filed by DHL regarding the denial of its motion to intervene. (Doc. 99.) Nonetheless, DHL has stated that it has no opposition to the relief requested by Plaintiffs' present motion. (Doc. 99, at 2 n.1.)

(doc. 101) is **GRANTED**, in the amount of $9,320.54 USD. The Clerk of Court is **ORDERED** to disburse $9,320.54 USD from the funds held in the Court's registry in relation to this matter to counsel for Plaintiffs' escrow account, the details of which shall be provided directly to the Clerk by Plaintiffs' counsel under separate cover.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of November, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA