IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

Ray Capital Inc.; Oppenheim Capital LTD.; Cheyenne Holdings LTD.; )
    Plaintiff )

vs. ) CASE NUMBER: CV416-93

M/V Newlead Catellano, IMP NO. 9686338, her engines, tackle, )
    Defendant )

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that _____Bouhan Falligant LLP_____ has deposited with the Court the sum of $ __2,371.491.15__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __10th__ day of __October__, __2017__, by Order of this Court.

SCOTT L. POFF, CLERK

By: _Walker Pierce_
Deputy Clerk

(Rev. 9/02)

&%RP&%D4&%RP&%D4&%RPCourt Name: Southern Dis
trict of Georgia
Division: 4
Receipt Number: SAV030678
Cashier ID: wprescot
Transaction Date: 10/10/2017
Payer Name: Bouhan Falligant LLP

TREASURY REGISTRY
 For: Bouhan Falligant LLP
 Case/Party: D-GAS-4-16-CV-000093-001
 Amount:      $2,371,491.15

PAPER CHECK CONVERSION
 Check/Money Order Num: 16534
 Amt Tendered: $2,371,491.15

Total Due:      $2,371,491.15
Total Tendered: $2,371,491.15
Change Amt:     $0.00